**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Steven Mark Kemplin, | Civil No. 07-4369 (RHK/JSM) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| Superior Minerals Company, | |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. #11), **IT IS ORDERED** that the above-captioned action is hereby **DISMISSED WITH PREJUDICE** on the merits and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  November 3, 2008            s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge